**Order entered November 18, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-14-00177-CV

---

### EX PARTE JOHN CLOUD

---

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. X-13-1239-P**

---

## ORDER

We **DENY** appellant's November 6, 2014 "motion for the rehearing of the order denying reconsideration of denial of judicial notice and the motion for a hearing." We **GRANT** the State's November 14, 2014 second motion to extend time for filing brief. Because the brief the State tendered at the time it filed the extension motion did not comply with the electronic briefing rules and was rejected, we **ORDER** the State to file a corrected brief no later than November 21, 2014.

/s/    CRAIG STODDART
       JUSTICE